IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Elias Esqueda, individually and all other similarly situated persons, known and unknown, Plaintiff<br>v.<br><br>Exterior Builders, Inc. and Erik Borg, Individually, Defendants | 16-cv-6971<br><br>Judge Lee |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| *s/ Susan Best* _____ | *s/Stanley Niew*_____ |
| Susan J. Best | Stanley Niew |
| Consumer Law Group, LLC | Law Offices of Stanley Niew, P.C. |
| 6232 N. Pulaski, Suite 200 | 1000 Jorie Blvd., Suite 206 |
| Chicago, IL 60646 | Oak Brook, IL 60523 |